IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | * | |
| **Plaintiff** | * | |
| v. | * | CRIMINAL NO. JKB-14-0521 |
| **ROBERT NEDD** | * | |
| **Defendants** | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

## MEMORANDUM

Now pending before the Court is the GOVERNMENT'S MOTION FOR JOINDER OF CASES PURSUANT TO RULE 8 OF THE FEDERAL RULES OF CRIMINAL PROCEDURE (ECF No. 16). The Government contends that the instant matter is closely related to another criminal case currently styled *United States v. Vincent*, JKB-14-0479. The Defendant has not responded to the Motion.

Careful review of the records in each of the two cases causes the Court to conclude that the matters are indeed related. However, without further action of the Grand Jury (e.g., a further superseding indictment that merges the cases under one charging instrument) the Court is unaware of a mechanism by which the cases can be "joined" at this stage.[1] Instead, by accompanying Order, the Clerk will be instructed to treat the cases as related going forward. Going forward, all pleadings in both cases filed by all parties should reflect both case names and both case numbers. Further, the Clerk will be directed to docket a notice in Case No. JKB-14-

---

[1] The Government has cited Federal Rule of Criminal Procedure 8 as authority for the pending motion. Rule 8, however, only permits joinder of offenses or defendants within one indictment. It does not allow post-indictment joinder of cases. Additionally, even if Rule 8 could serve as the vehicle for joinder of cases, the Court's Case Management/Electronic Case Filing system does not permit joinder of criminal cases, unlike the ability of the CM/ECF system to accommodate consolidation of civil cases.

0479 noting that Case No. JKB-14-0521 has been deemed "related" to that matter. Finally, the Clerk will insure that docket entries in both cases are noticed to all parties in both cases.

DATED this 18th day of September, 2015.

BY THE COURT:

_____/s/_____
James K. Bredar
United States District Judge